IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **POLLY JO HURDLE SAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 5:11cv035 |
| v. | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) By:  Michael F. Urbanski |
| **Commissioner of Social Security,** | )      United States District Judge |
| | ) |
| **Defendant.** | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is **ORDERED** that plaintiff's motion to alter or amend judgment (Dkt. # 22) is **DENIED**.

Entered:  May 21, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge